GLICKSTEIN & TERNER, INC., Appellant, v. JACOB TERNER, Respondent. GLICKSTEIN & TERNER, INC., Appellant, v. BENJAMIN TERNER, Respondent.— Motions for reargument denied, with ten dollars costs. Motions for leave to

appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.